### 1484. RICHIE *v.* DuBose.

RUSSELL, J. The evidence showed that the plaintiff had instituted a previous action in trover against the same defendant for the recovery of the personalty involved in the present suit, and had abandoned the first suit, and instituted the present action without paying the costs of the former one or filing a pauper's affidavit in lieu thereof as provided by law. Therefore the court did not err in sustaining the defendant's plea in abatement and dismissing the action. *Judgment affirmed.*

Trover, from city court of Miller county—Judge Bush. September 30, 1908.

Submitted December 11, 1908.—Decided July 31, 1909.

*Bush & Stapleton, Park & Collins,* for plaintiff.

*W. I. Geer,* for defendant.